```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 04 B 41824
   DERRI D PERSON
   ABIGAIL D PERSON                             CHAPTER 13

                                                JUDGE: JACQUELINE P COX

          Debtor
   SSN XXX-XX-1049    SSN XXX-XX-6171

--------------------------------------------------------------------------
                TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
     The case was filed on 11/10/2004 and was confirmed 01/24/2005.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors an estimated  40.09% from remaining funds.

     The case was paid in full 05/07/2008.
--------------------------------------------------------------------------
CREDITOR NAME             CLASS          CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                           PAID          PAID
--------------------------------------------------------------------------
HELP SERVICE GROUP INC    UNSECURED         3781.92           .00        1515.98
WELLS FARGO AUTO FINANCE  SECURED          11200.00        303.92       11200.00
WELLS FARGO AUTO FINANCE  UNSECURED OTH     8451.85           .00        3387.76
DISCOVER FINANCIAL SERVI  UNSECURED         3485.54           .00        1397.18
WORLD FINANCIAL NETWORK   SECURED            154.05          3.08         154.05
INTERNAL REVENUE SERVICE  PRIORITY          1145.67           .00        1145.67
IRS                       NOTICE ONLY     NOT FILED           .00            .00
ECAST SETTLEMENT CORP     UNSECURED         5344.18           .00        2142.21
SHERMAN ACQUISITION       UNSECURED          407.89           .00         163.50
ECAST SETTLEMENT CORP     UNSECURED         2231.08           .00         894.33
CB USA                    UNSECURED       NOT FILED           .00            .00
CB USA                    UNSECURED       NOT FILED           .00            .00
ECAST SETTLEMENT CORP     UNSECURED         6585.19           .00        2639.67
SHERMAN ACQUISITION       UNSECURED         1298.69           .00         520.58
DIRECT MERCHANTS BANK     UNSECURED       NOT FILED           .00            .00
DISCOVER CARD             UNSECURED       NOT FILED           .00            .00
ROUNDUP FUNDING LLC       UNSECURED          554.14           .00         222.13
ECAST SETTLEMENT CORP     UNSECURED         2350.34           .00         942.13
GECCCC                    UNSECURED       NOT FILED           .00            .00
ECAST SETTLEMENT CORP     UNSECURED          787.61           .00         315.71
SMC                       UNSECURED          316.91           .00         127.03
MARSHALL FIELDS           UNSECURED         1144.69           .00         458.85
MEDICAL PAYMENT DATA      UNSECURED       NOT FILED           .00            .00
SHERMAN ACQUISITION       UNSECURED         4446.23           .00        1782.27
SALLIE MAE LSCF           UNSECURED       NOT FILED           .00            .00
ISAC                      UNSECURED        24009.09           .00        9624.04
US DEPT OF EDUCATION      UNSECURED        40383.58           .00       16187.76
VERIZON WIRELESS          UNSECURED       NOT FILED           .00            .00
ECMC                      UNSECURED        22339.81           .00        8954.91
WACHOVIA BK EDUCAID       UNSECURED             .00           .00            .00
WORLD FINANCIAL NETWORK   UNSECURED         1691.90           .00         678.20
CITIBANK                  UNSECURED          869.51           .00         348.54

                    PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 04 B 41824 DERRI D PERSON & ABIGAIL D PERSON
```

```
SHERMAN ACQUISITION      UNSECURED        2378.54            .00         953.44
INTERNAL REVENUE SERVICE UNSECURED        3543.92            .00        1420.58
WELLS FARGO              NOTICE ONLY   NOT FILED             .00             .00
BANK CARD CENTER *       CURRENT MORTG       .00             .00             .00
WELLS FARGO AUTO FINANCE NOTICE ONLY   NOT FILED             .00             .00
ERNESTO D BORGES JR      DEBTOR ATTY    2,294.00                        2,294.00
TOM VAUGHN               TRUSTEE                                        4,022.48
DEBTOR REFUND            REFUND                                              .00

        Summary of Receipts and Disbursements:
-----------------------------------------------------------------------------
                         RECEIPTS          DISBURSEMENTS
-----------------------------------------------------------------------------
TRUSTEE                 73,800.00

PRIORITY                                     1,145.67
SECURED                                     11,354.05
    INTEREST                                   307.00
UNSECURED                                   54,676.80
ADMINISTRATIVE                               2,294.00
TRUSTEE COMPENSATION                         4,022.48
DEBTOR REFUND                                     .00
                        ---------------    ---------------
TOTALS                  73,800.00           73,800.00
```

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
    Dated: 08/27/08                 _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE